## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: Bernique Abiakam                Date: November 15, 2012
Court Reporter: Tamara Hoffschildt
Probation Officer: Patrick J. Lynch                Interpreter: Ellen Klaver

Criminal Action No.: 12-cr-00124-JLK

*Parties:*                                         *Counsel:*

UNITED STATES OF AMERICA,                          Mark J. Barrett

      Plaintiff,

v.

ALDO HOLGUIN-ESPINO,                               Edward A. Pluss

      Defendant.

---

## SENTENCING MINUTES

---

**10:05 a.m.    Court in session.**

Court calls case.  Appearances of counsel.  Defendant present in custody.

Interpreter sworn.

Defendant sworn.

**Change of Plea Hearing:    August 22, 2012.**

**Defendant plead guilty to Count One of the Indictment.**

Parties received and reviewed the presentence report.

The Government, defense counsel, and defendant were given an opportunity to make statements before sentencing.

Comments and rulings by the Court.

**ORDERED:** **Request For Variance In Guideline Sentence Pursuant To 18 U.S.C.§3553(a) [Filed 10/26/12; Doc. No. 22] is GRANTED in PART and DENIED in PART as specified.**

**THE DEFENDANT IS SENTENCED AS FOLLOWS:**

**IMPRISONMENT:**
Defendant is sentenced as to Count One to a term of imprisonment of 36 months.

**SUPERVISED RELEASE:**
Upon release from imprisonment, defendant shall be placed on supervised release for a period of **3 years**.

**Conditions of supervised release:**

(X)    Defendant shall be deported and shall not return to the United States illegally.
(X)    Defendant shall be subject to further federal prosecution of he remains in this country illegally, possess a firearm, or illegally possess any controlled substance.

**FINE:**
No fine is imposed because the defendant has no ability to pay a fine.

**SPECIAL ASSESSMENT FEE:**
Defendant shall pay a Special Assessment Fee of $ 100.00, due immediately.

Defendant is advised of the right to appeal.

**ORDERED:** Defendant is remanded to the custody of the United States Marshal for the District of Colorado.

**10:32 a.m.    Court in recess.**
Hearing concluded.
Total in-court time: **27 minutes.**

2